STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

September 18th, 2019

The Honorable Edgardo Ramos
United States District Court
Southern District of New York - Courtroom 619
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Antolini vs. Gilbert, et al
Case No.: 1:19-cv-06578-ER

Dear Judge Ramos,

I represent Plaintiff Dino Antolini in the above matter. Presently the initial pre-trial conference before the Court is on for October 25, 2019. Defendants seek an adjournment of same.

If the Court's schedule permits, we would ask, respectfully for the conference to be held on October 17 or November 5.

Thanking you, I remain,

Very truly yours,
Stuart H. Finkelstein

To all Counsel of record via ECF