UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DINO ANTOLINI,

                Plaintiff,

– against –

154-60 8TH AVENUE CO., LLC, THOMAS KELLY, SAMUEL E. BEALL III, SUZANNA M. BEALL, MEXICUE HOLDINGS LLC, and DAVID NOAM SHEMEL,

                Defendants.

**ORDER**

19 Civ. 6578 (ER)

Ramos, D.J.:

Defendants' request for dismissal or a stay, Doc. 62, is DENIED. Counsel for Plaintiff is directed to inform him, by sending him a copy of this Order by certified mail, that by **December 30, 2019**, Plaintiff must either (1) retain new counsel, who must enter an appearance; (2) inform the Court that he wishes to proceed *pro se*; or (3) inform the Court that he does not wish to pursue this case.

SO ORDERED.

Dated:   December 2, 2019
          New York, New York

                                                  Edgardo Ramos, U.S.D.J.