```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 3/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DINO ANTOLINI,

                         Plaintiff,

      -against-

BEN GILBERT, 154-60 8th AVENUE CO., LLC., THOMAS KELLY, SAMUEL E. BEALL III, SUZANNA M. BEALL, and MEXICUE HOLDINGS LLC,

                        Defendants.
----------------------------------------------------------------X

Docket No.: 19-CV-6578 (ER)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties herein that the above-captioned action is hereby discontinued with prejudice and without costs as to any party against any other party; and

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts and via facsimile or electronic signature and said signatures shall have the same force and effect as though original signatures.

Dated: ~~February~~ March 6, 2020

_____
Stuart H. Finkelstein, Esq.
*Attorney for Plaintiff*
338 Jericho Turnpike
Syosset, New York 11791

Dated: February ___, 2020

_____
Michael A. Miranda, Esq.
Maurizio Savoiardo, Esq.
MIRANDA SLONE SKLARIN
VERVENIOTIS, LLP
*Attorneys for Defendants Thomas Kelly,
Samuel E. Beall III, Suzanna M. Beall,
and Mexicue 160 8th Avenue, LLC i/s/h/a
Mexicue Holdings LLC*
240 Mineola Boulevard
Mineola, New York 11501

Dated: February ___, 2020

_____
Margot N. Wilensky, Esq.
CONNELL FOLEY LLP
*Attorneys for 154-160 8th Avenue Co.,
LLC i/s/h/a 154-60 8th Avenue Co., LLC*
888 Seventh Avenue, 9th Floor
New York, New York 10106

SO-ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: 3/12/2020
New York, New York